UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kim Green, | ) | C/A No. 4:15-cv-01207-BHH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Body Politic; | ) | |
| Department of Social Services and its agents; | ) | |
| Horry County Police Department and its Agents, all sued in their individual and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil action filed by a pro se litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. By Order dated March 20, 2015, Plaintiff was given a specific time frame in which to bring this case into proper form. Plaintiff has not responded to the court's Order, and the time for compliance has now passed.

PAYMENT OF THE FILING FEE:

Plaintiff filed a Motion for Leave to Proceed *in forma pauperis*. ECF No. 2. *See* 28 U.S.C. § 1915. A review of the Motion reveals that Plaintiff should be relieved of the obligation to prepay the full filing fee. Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **granted**, subject to the court's right to require a payment if Plaintiff's financial condition changes and to tax fees and costs against Plaintiff at the conclusion of this case if the court finds the case to be without merit. *See Flint v. Haynes*, 651 F.2d 970, 972-74 (4th Cir. 1981).

TO THE CLERK OF COURT:

The Clerk of Court is directed *not* to issue any summonses or forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

May 6, 2015                                             Kaymani D. West
Florence, South Carolina                         United States Magistrate Judge